UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **KIRSTEN WILLIAMS** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **AT&T MOBILITY SERVICES, LLC** | **CASE NO: 15-2150-A** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on June 6, 2016, this cause is hereby dismissed.

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 6/6/2016**                                   **THOMAS M. GOULD**
                                                     **Clerk of Court**

                                                     **s/Terry L. Haley**
                                                     **(By)   Deputy Clerk**